UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CENTURY 21 REAL ESTATE CORPORATION<br>Plaintiff,<br><br>v.<br><br>PONDSIDE REALTY, INC., et al.,<br>Defendants. | CIVIL ACTION NO. _____<br><br>04-10613 WGY |

**CENTURY 21 REAL ESTATE CORPORATION'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Century 21 Real Estate Corporation ("Century 21") hereby discloses that it is a subsidiary of Cendant Financial Holding Corporation which is owned by Cendant Corporation. Century 21 further discloses that Cendant Corporation is a publicly held corporation.

                                          CENTURY 21 REAL ESTATE
                                          CORPORATION

                                          By its attorneys,

                                          */s/ Gregg A. Rubenstein*
                                          Arthur L. Pressman (BBO #643094)
                                          Gregg A. Rubenstein (BBO #639680)
                                          NIXON PEABODY LLP
                                          100 Summer Street
                                          Boston, Massachusetts 02110
                                          (617) 345-1000

Dated: March 30, 2004

BOS1367052.1