UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CENTURY 21 REAL ESTATE CORPORATION

    Plaintiff,

v.

PONDSIDE REALTY, INC., et al.,

    Defendants.

CIVIL ACTION NO. 04-10613WGY

## PLAINTIFF CENTURY 21 REAL ESTATE CORPORATION'S MOTION FOR A PRELIMINARY INJUNCTION

Plaintiff Century 21 Real Estate Corporation ("Century 21") hereby moves this Court for entry of a Preliminary Injunction enjoining Defendants Pondside Realty, Inc., George C. Stamatos, James C. Stamatos, Sam C. Stamatos, Christos G. Stamatos, Christ J. Stamatos, Nicholas J. Stamatos, Paul G. Stamatos, and George J. Stamatos (collectively, "Pondside"), from continuing to use and/or dilute Century 21's trademarks, trade dress, service marks and trade names. Specifically, in accordance with Count I of the Verified Complaint, Century 21 requests that this Court:

Enter a preliminary injunction prohibiting Pondside from using and/or displaying the CENTURY 21 Marks (as defined in the Verified Complaint) and associated trade names, service marks, and trademarks in violation of the Lanham Act.

As grounds for this motion, Century 21 refers this Court to the Verified Complaint, the Memorandum of Law in Support of Century 21's Motion for a Preliminary Injunction and the Declaration of Elizabeth Danielson in Support of Century 21's Motion for a Preliminary Injunction. As set forth in the Memorandum of Law, Century 21 is likely to succeed on the merits of its claims against Pondside; will be irreparably harmed in the absence of a preliminary

BOS1362383.1

injunction, and the harm to Century 21 if the requested injunction is not granted far exceeds any harm that Pondside will suffer if it is allowed.

        CENTURY 21 REAL ESTATE
        CORPORATION

        By its attorneys,

        Arthur L. Pressman (BBO #643094)
        Gregg A. Rubenstein (BBO #639680)
        NIXON PEABODY LLP
        100 Summer Street
        Boston, Massachusetts 02110
        (617) 345-1000

Dated: March 30, 2004