UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CENTURY 21 REAL ESTATE CORPORATION,

Plaintiff,

v.

PONDSIDE REALTY, INC., GEORGE C.
STAMATOS, JAMES C. STAMATOS, SAM C.
STAMATOS, CHRISTOS G. STAMATOS,
CHRIST J. STAMATOS, NICHOLAS J.
STAMATOS, PAUL G. STAMATOS and
GEORGE J. STAMATOS,

Defendants.

CIVIL ACTION NO.

# 04-10613 WGY

## DECLARATION OF ELIZABETH DANIELSON IN SUPPORT OF CENTURY 21 REAL ESTATE CORPORATION'S MOTION FOR PRELIMINARY INJUNCTION

I, Elizabeth Danielson, an adult individual, pursuant to 28 U.S.C. § 1746, hereby depose and state:

1.     The facts set forth in this Declaration are based upon my personal knowledge.

2.     I have been employed by Century 21 Real Estate Corporation ("Century 21") since March, 2000 as a Regional Director. As a Regional Director I am generally responsible for overseeing and managing all franchisees in the Eastern New England Region to insure compliance with the Century 21's Franchise Agreements.

3.     On various occasions I traveled to 619 Centre Street, Jamaica Plains, MA, the site of the formerly licensed Century 21 Pondside office. At the location I saw external and internal signs bearing the Century 21 trademarks and Century 21 yard signs. Attached as Exhibit A is a photograph I took of the Century 21 signs. Based the presence and location of the sign, it appears that this is an approved Century 21 real estate brokerage franchise.

BOS1348140.1

- 2 -

4.    Attached as Exhibit B is an advertisement from the 2004-2005 Yellow Book of Greater Boston for Century 21 Pondside located at 619 Centre Street.

5.    Attached as Exhibit C is a listing from the Multiple Listing Service posted by the defendants. This listing clearly indicates that defendants continue to hold themselves out to the public as "Century 21 Pondside Realty."

I declare under penalty of perjury that the foregoing statements are true and correct. This the _18_ day of March 2004.

_Elizabeth Danielson_
Elizabeth Danielson

BOS1348140.1