# UNITED STATES DISTRICT COURT

District of  Massachusetts

CENTURY 21 REAL ESTATE CORPORATION

V.

PONDSIDE REALTY, INC., GEORGE C. STAMATOS,
JAMES C. STAMATOS, SAM C. STAMATOS,
CHRISTOS G. STAMATOS, CHRIST J. STAMATOS,
PAUL G. STAMATOS, GEORGE J. STAMATOS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-10613WGY

TO: (Name and address of Defendant)

Paul G. Stamatos
619 Centre Street
Jamaica Plain, MA 02130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Arthur L. Pressman
Gregg A. Rubinstein
Nixon Peabody, LLP
100 Summer Street
Boston, MA 02110-2131

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                           3-30-04

CLERK                                                  DATE

(By) DEPUTY CLERK

695920

UNITED STATES DISTRICT COURT
District of Massachusetts
Case No. 04-10613 WGY

I hereby certify and return that today, April 1, 2004, at 3:22 PM, I served a true and attested copy of the within Summons together with a copy of the Complaint, Civil Cover Sheet; Plaintiff's Corporate Disclosure Statement; Plaintiff's Motion for Preliminary Injunction; Plaintiff's Memo of Law in Support of its Motion For Preliminary Injunction, and Declaration in this action upon the within named **Paul G. Stamatos**, by giving in hand to John Henderson Agent in Charge authorized to accept service. Said service was effected at: Pondside Realty Inc., 619 Centre Street, Jamaica Plain, MA 02130.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on April 1, 2004.

_____
John Karakashian, Process Server
& Disinterested Person over Age 18.

Service & Travel: $35.00

**Butler and Witten**
Boston, MA
(617) 325-6455