UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 04-10613-WGY

CENTURY 21 REALTY
Plaintiff

v.

PONDSIDE REALTY
Defendant

## SETTLEMENT ORDER OF DISMISSAL

YOUNG, D.J.

The Court having been advised on FRI APRIL 23, 2004 that the above-entitled action has been settled:

IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

*[signature]*
Deputy Clerk

April 26, 2004

To: All Counsel